ABRAHAM VAN BROOKHOVEN ET AL., APPELLANTS, v. THOMAS J. KENNEDY, MAYOR, ET AL., RESPONDENTS.

Argued October 18, 1940—Decided January 3, 1941.

For the appellants, *Oscar R. Wilensky* and *Charles J. Bodner*.

For the respondents, *Thomas E. Duffy*.

508

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PORTER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 11.

*For reversal*—None.